**Order filed October 25, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00731-CR
_____

**MIGUEL MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1374263**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Ste's Exhibit #3.**

The clerk of the 184th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #3, on or before **November 7, 2016.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #3, to the clerk of the 184th District Court.

PER CURIAM